**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| OSWINGN JESUS MENDOZA DURAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02443-TLP-atc |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | |
| MARKWAYNE MULLIN, TODD | ) | |
| BLANCHE, and TRINITY MINTER,[1] | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER DIRECTING PETITIONER TO SERVE RESPONDENT,
DIRECTING RESPONDENT TO SHOW CAUSE, AND
DIRECTING CLERK TO MODIFY DOCKET**

Petitioner Oswingn Jesus Mendoza Duran, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, since January 16, 2026, petitions for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)

Given the grounds raised in the Petition, the Court **ORDERS** Petitioner to deliver a copy of the Petition and all attachments and this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**. Petitioner shall do so within **five (5)** days of this Order.

---

[1] The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The Court therefore respectfully **DIRECTS** the Clerk to add "**Christopher Bullock**" as Respondent and to terminate the currently named Respondents.  *See Deepak v. Ladwig*, No. 26-2218, ECF No. 12 at PageID 59 (W.D. Tenn.).

And within **five (5) days** of receiving the Petition and this Order, Respondent shall show cause in writing why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **five (5) days** after Respondent's responsive filing.  Failure to comply with this requirement may justify dismissal of the Petition without further notice.  *See* Fed. R. Civ. P. 41(b).

The Court will set a hearing by separate order if necessary.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 22nd day of April, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE